1 | NIALL P. MCCARTHY (State Bar No. 160175)
nmccarthy@cpmlegal.com
2 | JUSTIN T. BERGER (State Bar No. 250346)
jberger@cpmlegal.com
3 | ERIC J. BUESCHER (State Bar No. 271323)
ebuescher@cpmlegal.com
4 | **COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
5 | Burlingame, CA 94010
Telephone:     (650) 697-6000
6 | Facsimile:       (650) 692-3606

7 | Attorneys for Plaintiff
SHEILA GOODEN

9 | MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
10 | PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
11 | **SEVERSON & WERSON**
A Professional Corporation
12 | One Embarcadero Center, Suite 2600
San Francisco, CA  94111
13 | Telephone:     (415) 398-3344
Facsimile:       (415) 956-0439

15 | Attorneys for Defendants,
SUNTRUST MORTGAGE, INC.
16 | SUNTRUST BANKS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GOODEN, an individual, | Case No.: 2-11-CV-02595-JAM-DAD |
| Plaintiff, | **FURTHER STIPULATION AND ORDER REGARDING TIME FOR SUNTRUST MORTGAGE, INC. AND SUNTRUST BANKS, INC. TO RESPOND TO COMPLAINT** |
| vs. | |
| SUNTRUST MORTGAGE, INC. a Virginia corporation, SUNTRUST BANKS, INC., a Georgia corporation, | |
| Defendants. | |

WHEREAS, Sheila Gooden ("Plaintiff") filed a Class Action Complaint ("Complaint") in the above-entitled case against defendants SunTrust Mortgage, Inc. and SunTrust Banks, Inc. (together, the "Defendants");

WHEREAS, Plaintiff and Defendants stipulated, pursuant to E.D. Cal. Local Rule 144, that Defendants had up to and including November 23, 2011 to answer or otherwise respond to the Complaint;

WHEREAS, Plaintiff and Defendants are in still in discussions regarding a possible amendment of the Complaint and/or resolution of the case and Plaintiff and Defendants have stipulated that Defendants may have up to and including December 19, 2011 to answer or otherwise respond to the complaint

THEREFORE, IT IS HEREBY STIPULATED, SUBJECT TO COURT ORDER, THAT:

Defendants have up to and including December 19, 2011 to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

DATED:  November 18, 2011            COTCHETT, PITRE & McCARTHY, LLP


By:   /s/ Justin T. Berger
       JUSTIN T. BERGER

Attorneys for Plaintiff
SHEILA GOODEN

DATED:  November 18, 2011            SEVERSON & WERSON


By:   /s/ Philip Barilovits
       PHILIP BARILOVITS

Attorneys for Defendants
SUNTRUST MORTGAGE, INC.
SUNTRUST BANKS, INC.

11950/0104/983690.1

-1-

FURTHER STIPULATION AND PROPOSED ORDER RE TIME
TO RESPOND TO COMPLAINT
Case No. 2-11-CV-02595-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS SO ORDERED.**

DATED: 11/18/2011

      /s/ John A. Mendez
      HON. JOHN A. MENDEZ
      U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com