| | |
|---|---|
| 1 | NIALL P. MCCARTHY (State Bar No. 160175) |
|  | nmccarthy@cpmlegal.com |
| 2 | JUSTIN T. BERGER (State Bar No. 250346) |
|  | jberger@cpmlegal.com |
| 3 | ERIC J. BUESCHER (State Bar No. 271323) |
|  | ebuescher@cpmlegal.com |
| 4 | **COTCHETT, PITRE & MCCARTHY, LLP** |
|  | 840 Malcolm Road, Suite 200 |
| 5 | Burlingame, CA 94010 |
|  | Telephone:   (650) 697-6000 |
| 6 | Facsimile:   (650) 692-3606 |
| 7 | Attorneys for Plaintiff |
|  | SHEILA GOODEN |
| 9 | MICHAEL J. STEINER (State Bar No. 112079) |
|  | mjs@severson.com |
| 10 | PHILIP BARILOVITS (State Bar No. 199944) |
|  | pb@severson.com |
| 11 | **SEVERSON & WERSON** |
|  | A Professional Corporation |
| 12 | One Embarcadero Center, Suite 2600 |
|  | San Francisco, CA  94111 |
| 13 | Telephone:   (415) 398-3344 |
|  | Facsimile:   (415) 956-0439 |
| 15 | Attorneys for Defendants, |
|  | SUNTRUST MORTGAGE, INC. |
| 16 | SUNTRUST BANKS, INC. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEILA GOODEN, an individual, | Case No.: 2-11-CV-02595-JAM-DAD |
| Plaintiff, | **FURTHER STIPULATION AND ORDER REGARDING TIME FOR SUNTRUST MORTGAGE, INC. AND SUNTRUST BANKS, INC. TO RESPOND TO COMPLAINT** |
| vs. | |
| SUNTRUST MORTGAGE, INC. a Virginia corporation, SUNTRUST BANKS, INC., a Georgia corporation, | |
| Defendants. | |

11950/0104/983690.1                FURTHER STIPULATION AND PROPOSED ORDER RE TIME
TO RESPOND TO COMPLAINT
Case No. 2-11-CV-02595-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Sheila Gooden ("Plaintiff") filed a Class Action Complaint ("Complaint") in the above-entitled case against defendants SunTrust Mortgage, Inc. and SunTrust Banks, Inc. (together, the "Defendants");

WHEREAS, Plaintiff and Defendants stipulated, pursuant to E.D. Cal. Local Rule 144, that Defendants had up to and including November 23, 2011 to answer or otherwise respond to the Complaint;

WHEREAS, Plaintiff and Defendants are in still in discussions regarding a possible amendment of the Complaint and/or resolution of the case and Plaintiff and Defendants have stipulated that Defendants may have up to and including December 19, 2011 to answer or otherwise respond to the complaint

THEREFORE, IT IS HEREBY STIPULATED, SUBJECT TO COURT ORDER, THAT:

Defendants have up to and including December 19, 2011 to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

DATED:  November 18, 2011			COTCHETT, PITRE & McCARTHY, LLP


							By:   /s/ Justin T. Berger
							      JUSTIN T. BERGER

							Attorneys for Plaintiff
							SHEILA GOODEN

DATED:  November 18, 2011			SEVERSON & WERSON


							By:   /s/ Philip Barilovits
							      PHILIP BARILOVITS

							Attorneys for Defendants
							SUNTRUST MORTGAGE, INC.
							SUNTRUST BANKS, INC.

11950/0104/983690.1

-1-

FURTHER STIPULATION AND PROPOSED ORDER RE TIME
TO RESPOND TO COMPLAINT
Case No. 2-11-CV-02595-JAM-DAD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**IT IS SO ORDERED.**

DATED:  11/18/2011

    /s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. DISTRICT COURT JUDGE

11950/0104/983690.1

-1-
FURTHER STIPULATION AND PROPOSED ORDER RE TIME
TO RESPOND TO COMPLAINT
Case No. 2-11-CV-02595-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com