1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  PHILIP BARILOVITS (State Bar No. 199944)
   pb@severson.com
3  CASEY J. McTIGUE (State Bar No. 266361)
   cjm@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendants
8  SUNTRUST MORTGAGE, INC.

9

10                  UNITED STATES DISTRICT COURT

11           EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

12

13  SHEILA GOODEN, an individual,          Case No. 2:11-cv-02595-JAM-DAD

14         Plaintiff,                      **JOINT RULE 144(E) STIPULATION
                                           AND APPLICATION FOR ORDER
15         vs.                             SHORTENING BRIEFING SCHEDULE
                                           FOR MOTION FOR PROTECTIVE
16  SUNTRUST MORTGAGE, INC., a Virginia    ORDER; ORDER**
    Corporation,
17
           Defendant.
18

19

20                              **STIPULATION**

21       Plaintiff Sheila Gooden ("Gooden") and defendant SunTrust Mortgage, Inc. ("SunTrust")

22  hereby stipulate, conditioned upon approval and convenience of this Court, to a shortened briefing

23  schedule with regard to a motion and hearing on a protective order to be filed by SunTrust.

24       Both Gooden and SunTrust believe expedited hearing of this protective order motion is

25  necessary under the schedule below. The respective positions are as follows:

26       **SunTrust's Statement**: Gooden has noticed a Federal Rule of Civil Procedure 30(b)(6)

27  deposition of SunTrust as well as propounded written discovery. SunTrust responded to the

28

written discovery and produced documents relating to plaintiff Gooden's loan with it, but not other documents plaintiff seeks.

SunTrust recently negotiated a settlement with the Chapter 13 Trustee of Gooden's Bankruptcy estate. The signed settlement agreement is subject to Bankruptcy Court approval, and an approval hearing date of July 3 has been reserved.

SunTrust believes that discovery should be held in abeyance pending the hearing on Bankruptcy Court approval of the settlement with the Trustee.

**Plaintiff's Statement**: After Judge Mendez overruled SunTrust's Motion to Dismiss in its entirety, Plaintiff began discovery to comply with the agreed upon deadline to file class certification on November 2, 2012. Plaintiff served Interrogatories, Requests for Document Production and a Federal Rule of Civil Procedure 30(b)(6) deposition notice. SunTrust responded to those requests and produced limited documents and agreed to production of further documents.

SunTrust then negotiated a purported "settlement" of this action with the Chapter 13 Bankruptcy Trustee. This was done prior to informing counsel for Plaintiff, over counsel's objections and without counsel's or Plaintiff's approval. SunTrust now seeks to prevent this class action from moving forward and has refused to participate any further in discovery or provide deposition dates based on this purported "settlement."

According to well-settled law, the Chapter 13 Bankruptcy Trustee does not have the authority to settle Plaintiff's claim. The "settlement" will not resolve the claims in this action and the Trustee does not have authority to settle this claim.

Because of the foregoing the parties hereby stipulate, pursuant to Court approval, to the following briefing and hearing schedule

- SunTrust will file a motion for protective order on or before May 25, 2012 (a proposed form of which is attached hereto as Exhibit A);
- Gooden to file an opposition, if any, on or before June 1, 2012;
- Hearing on SunTrust's motion to be set for June 6, 2012, at 10:00 a.m., or a date thereafter convenient to the Court.

It is further stipulated that the Rule 30(b)(6) deposition of SunTrust's person most knowledgeable will not take place prior to the Court's ruling on SunTrust's motion for protective order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT ORDER, that the parties jointly request the court provide for the agreed briefing schedule described above.

**IT IS SO STIPULATED.**

DATED: May 29, 2012   COTCHETT, PITRE & McCARTHY, LLP

By:   /s/ Justin T. Berger
       JUSTIN T. BERGER

Attorneys for Plaintiff
SHEILA GOODEN

DATED: May 29, 2012   SEVERSON &WERSON, APC

By:   /s/ Philip Barilovits
       PHILIP BARILOVITS

**ORDER**

Pursuant to the parties' joint stipulation, IT IS ORDERED that the hearing on SunTrust's motion for protective order is to be set for **June 8, 2012, at 10:00 a.m.**, in Courtroom No. 27 before the undersigned. Plaintiff's opposition is to be filed by June 1.

Dated: May 29, 2012

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\gooden2595.stip.shortentime.ord

11950.0104/2225836.1   3   2:11-cv-02595-JAM-DAD
Joint Stipulation re Modified Briefing Schedule