IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHEILA GOODEN, an individual,

    Plaintiff,

v.

SUNTRUST MORTGAGE, INC., a Virginia Corporation; and SUNTRUST BANK, INC., a Georgia Corporation,

    Defendants.

_____/

Case No. 2:11-cv-02595-JAM-DAD

ORDER

On June 8, 2012, the parties appeared before the assigned magistrate judge for hearing of defendant's motion for a protective order.[1] On June 11, 2012 the assigned magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within seven days after being served with the findings and recommendations. Plaintiff has filed objections to the findings and recommendations.

---

[1] The parties agreed at the hearing to the filing of objections simultaneously and to waive any right to reply to objections filed in order to expedite the assigned District Judge's review of the June 11, 2012 findings and recommendations.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the magistrate judge's findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 11, 2012 (Doc. No. 32) are adopted in full;

2. Plaintiff's May 30, 2012 motion for a protective order (Doc. No. 25) is granted;

3. Discovery and the filing of any motion is stayed pending the ruling by the Bankruptcy Court on the motion to approve settlement set for hearing in that court on July 3, 2012;

4. The parties are directed to file a notice of decision immediately upon a decision being rendered by the Bankruptcy Court; and

5. The parties are directed to file an Amended Joint Rule 26(f) Conference Report, taking into account the length of time discovery is stayed, within 14 days of the filing of the notice of the Bankruptcy Court's decision with this court.

DATED: June 19, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE