1 | NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
2 | JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
3 | ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
4 | **COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
5 | Burlingame, CA 94010
Telephone:   (650) 697-6000
6 | Facsimile:   (650) 692-3606

7 | *Attorneys for Plaintiff and the Class*

8 | MICHAEL J. STEINER (SBN 112907)
mjs@severson.com
9 | PHILIP BARILOVITS (SBN 199944)
pb@severson.com
10 | CASEY J. McTIGUE (SBN 266361)
cjm@severson.com
11 | **SEVERSON & WERSON, P.C.**
One Embarcadero Center, Suite 2600
12 | San Francisco, CA 94111
Telephone:   (415) 398-3344
13 | Facsimile:   (415) 956-0439

14 | *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA GOODEN**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**SUNTRUST MORTGAGE, INC.**,<br>a Virginia corporation,<br><br>Defendant. | Case No. 2:11-cv-02595-JAM-DAD<br><br>**ORDER AMENDING CLASS CERTIFICATION MOTION BRIEFING SCHEDULE** |

**[PROPOSED] ORDER AMENDING CLASS CERTIFICATION MOTION BRIEFING SCHEDULE;** Case No. 2:11-cv-02595-JAM-DAD

## ORDER (AS AMENDED BY THE COURT)

Based on the stipulation of the parties and for good cause showing, the class certification briefing schedule is hereby amended as follows:

| | |
|---|---|
| Plaintiff's Motion for Class Certification to be filed: | April 5, 2013 |
| Defendant's Opposition to the Motion to be filed: | May 10, 2013 |
| Plaintiff's Reply in Support of the Motion to be filed: | June 7, 2013 |
| Hearing on the Motion: | June 19, 2013 at 9:30 a.m. |

**IT IS SO ORDERED**

Dated:  2/8/2013

                                            /s/ John A. Mendez_____
                                            HON. JOHN A. MENDEZ