1  NIALL P. McCARTHY (SBN 160175)
   nmccarthy@cpmlegal.com
2  JUSTIN T. BERGER (SBN 250346)
   jberger@cpmlegal.com
3  ERIC J. BUESCHER (SBN 271323)
   ebuescher@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY, LLP**
   840 Malcolm Road
5  Burlingame, CA 94010
   Telephone:    (650) 697-6000
6  Facsimile:    (650) 692-3606

7  *Attorneys for Plaintiff and the Class*

8  MICHAEL J. STEINER (SBN 112907)
   mjs@severson.com
9  PHILIP BARILOVITS (SBN 199944)
   pb@severson.com
10 CASEY J. McTIGUE (SBN 266361)
   cjm@severson.com
11 **SEVERSON & WERSON, P.C.**
   One Embarcadero Center, Suite 2600
12 San Francisco, CA 94111
   Telephone:    (415) 398-3344
13 Facsimile:    (415) 956-0439

14 *Attorneys for Defendants*

15

16                **UNITED STATES DISTRICT COURT**

17                **EASTERN DISTRICT OF CALIFORNIA**

18
   **SHEILA GOODEN**, an individual,          Case No. 2:11-cv-02595-JAM-DAD
19
                  Plaintiff,
20                                            **STIPULATION AND ORDER**
         vs.                                  **REGARDING MODIFICATION OF**
21                                            **CLASS CERTIFICATION BRIEFING**
   **SUNTRUST MORTGAGE, INC.,**               **SCHEDULE AND PRE-TRIAL**
22 a Virginia corporation,                    **SCHEDULING ORDER IN LIGHT OF**
                                              **PROPOSED MEDIATION**
                  Defendant.
23

24

25

26

27

28

   **STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF CLASS
   CERTIFICATION BRIEFING SCHEDULE;** Case No. 2:11-cv-02595-JAM-DAD

**STIPULATION**

Plaintiff SHEILA GOODEN ("Plaintiff") and Defendant SUNTRUST MORTGAGE, INC., ("Defendant") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, pursuant to a prior stipulation and order, Plaintiff's motion for class certification is currently due on April 5, 2013 ("Motion"). *See* Dkt. No. 48. Defendant's Opposition to the Motion is due on May 10, 2013. *Id.* Plaintiff's Reply Brief in support of the Motion is due on June 7, 2013. *Id.* Plaintiff's Motion is set to be heard by this Court on June 19, 2013 at 9:30 a.m.

WHEREAS, on or around March 21, 2013, Plaintiff and Defendant have agreed to attempt to resolve the litigation through private mediation.

WHEREAS on March 27, 2013 Plaintiff filed a motion for leave to amend the complaint to expand certain class definitions from California-only to nationwide and to add Michelle Hall as a named Plaintiff. That motion is set for hearing on June 5, 2013, a date which was mutually agreed upon by Plaintiff and Defendant, in order to accommodate the planned mediation. (Defendant intends on opposing this motion for leave to amend.)

WHEREAS, the motion to amend filed by Plaintiff is currently pending.

WHEREAS Plaintiff served additional requests for data which Plaintiff believes is relevant to the class certification motion on February 25, 2013, and Defendant has agreed in principal to produce certain data responsive to that request, but such production has not yet occurred.

WHEREAS the parties are in agreement that further discovery and production of certain data in response to Plaintiff's February 25 request is necessary in order to have a full and complete record for Plaintiff's Motion.

WHEREAS the parties agree that the schedule for briefing Plaintiff's Class Certification Motion should be extended in order to accommodate the planned mediation, the production of this data, and time for discovery if Plaintiff's request to add a class representative (which Defendant opposes) is granted, the parties propose the following schedule;

STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF CLASS

1  WHEREAS, due to the proposed mediation and other procedural developments in this

2  case, the parties agree that the other various deadlines in this case should be reset to accommodate

3  the parties' attempt to settle the case, subject to Court approval and convenience:

4  NOW, THEREFORE, by and through their counsel of record, the parties hereby stipulate

5  and agree to the following deadlines and dates in this case, subject to Court approval:

6  Plaintiff's Motion for Class Certification to be filed:      June 28, 2013

7  Defendant's Opposition to the Motion to be filed:      August 30, 2013

8  Plaintiff's Reply in Support of the Motion to be filed:      September 20, 2013

9  Hearing on the Motion:      October 2, 2013

10  Expert Witness Disclosures:      December 18, 2013

11  Supplemental/Rebuttal Expert Disclosures      January 17, 2014

12  Completion of Discovery      February 19, 2014

13  Final Pre-Trial Conference      June 6, 2014

14  Trial      July 14, 2014

15

16  All other matters shall remain as they have been set by the Court in the Pre-Trial

17  Scheduling Order (Dkt. No. 38).

18  IT IS SO STIPULATED

19  Respectfully Submitted,

20  Dated:  April 2, 2013      **COTCHETT, PITRE & McCARTHY, LLP**

21  By:___ */s/  Eric J. Buescher*_____

22  ERIC J. BUESCHER

23  *Attorneys for Plaintiff and the Class*

24  Dated:  April 2, 2013      **SEVERSON & WERSON, P.C.**

25  By:___ */s/  Philip Barilovits*_____

26  PHILIP BARILOVITS

27  *Attorneys for Defendant*

28

**STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF CLASS**

1

## ORDER (AS MODIFIED BY THE COURT)

2

3      Pursuant to the stipulation of the parties herein and for good cause shown, it is hereby

ordered that:

4

5      Plaintiff's Motion for Class Certification to be filed:        June 28, 2013

6      Defendant's Opposition to the Motion to be filed:            August 30, 2013

7      Plaintiff's Reply in Support of the Motion to be filed:       September 20, 2013

8      Hearing on the Motion:                                        October 9, 2013 at 9:30 a.m.

9      Expert Witness Disclosures:                                   December 18, 2013

10     Supplemental/Rebuttal Expert Disclosures                     January 17, 2014

11     Completion of Discovery                                       February 19, 2014

12     Final Pre-Trial Conference                                    June 6, 2014 at 10:00 a.m.

13     Jury Trial                                                    July 14, 2014 at 9:00 a.m.

14

15     **IT IS SO ORDERED.**

16

**Dated:**   4/3/2013

17
                                    /s/ John A. Mendez_____
18                                  HON. JOHN A. MENDEZ

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF CLASS**