NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 692-3606

*Attorneys for Plaintiff and the Class*

MICHAEL J. STEINER (SBN 112907)
mjs@severson.com
PHILIP BARILOVITS (SBN 199944)
pb@severson.com
CASEY J. McTIGUE (SBN 266361)
cjm@severson.com
**SEVERSON & WERSON, P.C.**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 398-3344
Facsimile:   (415) 956-0439

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA GOODEN**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**SUNTRUST MORTGAGE, INC.**,<br>a Virginia corporation,<br><br>Defendant. | Case No. 2:11-cv-02595-JAM-DAD<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF CLASS CERTIFICATION BRIEFING SCHEDULE AND PRE-TRIAL SCHEDULING ORDER IN LIGHT OF PROPOSED MEDIATION** |

**STIPULATION**

Plaintiff SHEILA GOODEN ("Plaintiff") and Defendant SUNTRUST MORTGAGE, INC., ("Defendant") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, pursuant to a prior stipulation and order, Plaintiff's motion for class certification is currently due on April 5, 2013 ("Motion"). *See* Dkt. No. 48. Defendant's Opposition to the Motion is due on May 10, 2013. *Id.* Plaintiff's Reply Brief in support of the Motion is due on June 7, 2013. *Id.* Plaintiff's Motion is set to be heard by this Court on June 19, 2013 at 9:30 a.m.

WHEREAS, on or around March 21, 2013, Plaintiff and Defendant have agreed to attempt to resolve the litigation through private mediation.

WHEREAS on March 27, 2013 Plaintiff filed a motion for leave to amend the complaint to expand certain class definitions from California-only to nationwide and to add Michelle Hall as a named Plaintiff. That motion is set for hearing on June 5, 2013, a date which was mutually agreed upon by Plaintiff and Defendant, in order to accommodate the planned mediation. (Defendant intends on opposing this motion for leave to amend.)

WHEREAS, the motion to amend filed by Plaintiff is currently pending.

WHEREAS Plaintiff served additional requests for data which Plaintiff believes is relevant to the class certification motion on February 25, 2013, and Defendant has agreed in principal to produce certain data responsive to that request, but such production has not yet occurred.

WHEREAS the parties are in agreement that further discovery and production of certain data in response to Plaintiff's February 25 request is necessary in order to have a full and complete record for Plaintiff's Motion.

WHEREAS the parties agree that the schedule for briefing Plaintiff's Class Certification Motion should be extended in order to accommodate the planned mediation, the production of this data, and time for discovery if Plaintiff's request to add a class representative (which Defendant opposes) is granted, the parties propose the following schedule;

WHEREAS, due to the proposed mediation and other procedural developments in this case, the parties agree that the other various deadlines in this case should be reset to accommodate the parties' attempt to settle the case, subject to Court approval and convenience:

NOW, THEREFORE, by and through their counsel of record, the parties hereby stipulate and agree to the following deadlines and dates in this case, subject to Court approval:

| | |
|---|---|
| Plaintiff's Motion for Class Certification to be filed: | June 28, 2013 |
| Defendant's Opposition to the Motion to be filed: | August 30, 2013 |
| Plaintiff's Reply in Support of the Motion to be filed: | September 20, 2013 |
| Hearing on the Motion: | October 2, 2013 |
| Expert Witness Disclosures: | December 18, 2013 |
| Supplemental/Rebuttal Expert Disclosures | January 17, 2014 |
| Completion of Discovery | February 19, 2014 |
| Final Pre-Trial Conference | June 6, 2014 |
| Trial | July 14, 2014 |

All other matters shall remain as they have been set by the Court in the Pre-Trial Scheduling Order (Dkt. No. 38).

IT IS SO STIPULATED

Respectfully Submitted,

Dated:  April 2, 2013     **COTCHETT, PITRE & McCARTHY, LLP**

By:  /s/  Eric J. Buescher
ERIC J. BUESCHER

*Attorneys for Plaintiff and the Class*

Dated:  April 2, 2013     **SEVERSON & WERSON, P.C.**

By:  /s/  Philip Barilovits
PHILIP BARILOVITS

*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF CLASS

## ORDER (AS MODIFIED BY THE COURT)

Pursuant to the stipulation of the parties herein and for good cause shown, it is hereby ordered that:

| | |
|---|---|
| Plaintiff's Motion for Class Certification to be filed: | June 28, 2013 |
| Defendant's Opposition to the Motion to be filed: | August 30, 2013 |
| Plaintiff's Reply in Support of the Motion to be filed: | September 20, 2013 |
| Hearing on the Motion: | October 9, 2013 at 9:30 a.m. |
| Expert Witness Disclosures: | December 18, 2013 |
| Supplemental/Rebuttal Expert Disclosures | January 17, 2014 |
| Completion of Discovery | February 19, 2014 |
| Final Pre-Trial Conference | June 6, 2014 at 10:00 a.m. |
| Jury Trial | July 14, 2014 at 9:00 a.m. |

**IT IS SO ORDERED.**

**Dated:**  4/3/2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ

STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF CLASS