NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA  94010
Telephone:     (650) 697-6000
Facsimile:      (650) 692-3606

*Attorneys for Plaintiffs and the Class*

MICHAEL J. STEINER (SBN 112907)
mjs@severson.com
PHILIP BARILOVITS (SBN 199944)
pb@severson.com
CASEY J. McTIGUE (SBN 266361)
cjm@severson.com
**SEVERSON & WERSON, P.C.**
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:     (415) 398-3344
Facsimile:      (415) 956-0439

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA GOODEN**, an individual; and **MICHELLE HALL**, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**SUNTRUST MORTGAGE, INC.**, a Virginia corporation,<br><br>Defendant. | Case No. 2:11-cv-02595-JAM-DAD<br><br>**STIPULATION AND ORDER TO AMEND CLASS CERTIFICATION MOTION BRIEFING SCHEDULE** |

**STIPULATION AND [PROPOSED] ORDER TO AMEND CLASS CERTIFICATION MOTION BRIEFING SCHEDULE;** Case No. 2:11-cv-02595-JAM-DAD

# STIPULATION

Plaintiffs SHEILA GOODEN and MICHELLE HALL, and Defendant SUNTRUST MORTGAGE, INC., by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs' motion for class certification is currently due on July 19, 2013 ("Motion"). *See* Scheduling Order (Docket No. 62). Defendant's Opposition to the Motion is due on September 19, 2013. *See id.* Plaintiffs' Reply Brief in support of the Motion is due on October 4, 2013. *See id.*

WHEREAS, Plaintiffs' motion is set to be heard by this Court on October 9, 2013 at 9:30 a.m.

WHEREAS, on June 19, 2013 this Court granted Plaintiffs' Motion for Leave to Amend and ordered that Plaintiffs' First Amended Complaint be deemed filed on that date.

WHEREAS the parties continue to meet and confer regarding the production of various reports generated and/or used by Defendant in connection with the force placement of insurance.

WHEREAS Plaintiffs believe that further discovery and production of documents, reports and/or data is necessary in order to have a full and complete record for Plaintiffs' Motion and have recently propounded additional discovery.

WHEREAS, the parties have agreed to an additional 28 days for Plaintiffs to file their Motion for Class Certification and to otherwise extend class certification briefing and hearing.

WHEREAS there are no other pending pre-trial deadlines in this litigation until the expert disclosure deadline on December 18, 2013.

NOW THEREFORE by and through their respective counsel of record the parties hereby stipulate and agree that the current class certification briefing schedule should amended as follows:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification to be filed: | August 16, 2013 |
| Defendant's Opposition to the Motion to be filed: | October 17, 2013 |
| Plaintiffs' Reply in Support of the Motion to be filed: | November 1, 2013 |
| Hearing on the Motion for Class Certification: | November 6, 2013 at 9:30 a.m. |

IT IS SO STIPULATED

Respectfully Submitted,

Dated: July 16, 2013          **COTCHETT, PITRE & McCARTHY, LLP**

By:  */s/ Eric J. Buescher*
              ERIC J. BUESCHER

*Attorneys for Plaintiffs and the Class*

Dated: July 16, 2013          **SEVERSON & WERSON, P.C.**

By:  */s/ Philip Barilovits*
              PHILIP BARILOVITS

*Attorneys for Defendant*

**ORDER**

Based on the stipulation of the parties and for good cause showing, the class certification briefing schedule is hereby amended as follows:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification to be filed: | August 16, 2013 |
| Defendant's Opposition to the Motion to be filed: | October 17, 2013 |
| Plaintiffs' Reply in Support of the Motion to be filed: | November 1, 2013 |
| Hearing on the Motion for Class Certification: | November 6, 2013 at 9:30 a.m. |

**IT IS SO ORDERED**


Dated: 7/16/2013                         /s/ John A. Mendez_____
                                         THE HONORABLE JOHN A. MENDEZ
                                         United States District Court Judge