NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-3606

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHEILA GOODEN**, an individual; and **MICHELLE HALL**, an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>**SUNTRUST MORTGAGE, INC.**,<br>a Virginia corporation,<br><br>　　　　　Defendant. | Case No. 2:11-cv-02595-JAM-DAD<br><br>**PLAINTIFFS' REQUEST AND ORDER TO CONDITIONALLY SEAL DOCUMENTS** |

---

**PLAINTIFFS' REQUEST AND [PROPOSED] ORDER TO CONDITIONALLY SEAL DOCUMENTS;** Case No. 2:11-cv-02595-JAM-DAD

**<u>REQUEST TO CONDITIONALLY SEAL DOCUMENTS</u>**

PLEASE TAKE NOTICE that pursuant to Local Rule 141 and to the Stipulated Protective Order and Confidentiality Agreement entered in this case [Docket No. 40], Plaintiffs seek court approval to file their Opposition to Defendant's Motion to Dismiss the First Amended Complaint, the Declaration of Eric J. Buescher in Support thereof and its attached exhibit under seal.

1. The parties' Stipulated Protective Order provides:

> 1. The Parties shall have the right to designate as confidential any documents, things and information produced in compliance to a discovery request or other requirement of the rules of discovery which contains trade secrets, confidential research, development, commercial or financial information or any other proprietary or confidential business information.
>
> 11. All Confidential Documents and any papers containing information contained therein or derived therefrom that are filed with the Judge shall be filed in accordance with Local Rules 141 and 141.1(e).

[Docket No. 40].

2. Defendants have designated the document attached as <u>Exhibit 1</u> to the Declaration of Eric J. Buescher as "CONFIDENTIAL." Plaintiffs do not believe that the document is properly designated as "CONFIDENTIAL" under the Protective Order, and reserve their right to challenge that designation. However, Plaintiffs request that the Court allow the Opposition to Defendant's Motion to Dismiss the First Amended Complaint, the Declaration of Eric J. Buescher in Support thereof and its attached exhibit to be filed under seal to avoid disclosing the information designated as "CONFIDENTIAL" in Plaintiffs' Opposition to Defendant's Motion to Dismiss the First Amended Complaint, the Declaration of Eric J. Buescher in Support thereof and its attached exhibit.

3. The following portions of Plaintiffs' Opposition to Defendant's Motion to Dismiss First Amended Complaint include or are derived from the exhibit Defendant has marked as "CONFIDENTIAL;"

- Page 1, lines 8-9 (bolded text);
- Page 1, lines 12-13;
- Page 1, line 27;

- Page 4, lines 23 to page 5, line 7;
- Page 5, lines 10-12 (bolded text);
- Page 5, lines 13-14; and
- Page 11, lines 13-15.

4. Under Local Rule 141, Plaintiffs hereby submit this Request to Conditionally Seal Documents for a period of seven (7) days in order to provide time for Defendant to make a showing that the document is properly designated as "CONFIDENTIAL" under the protective order and to seek to have the document permanently placed under seal, a Proposed Order, along with the Opposition to Defendant's Motion to Dismiss the First Amended Complaint, the Declaration of Eric J. Buescher in Support thereof and its attached exhibit for filing under seal.

5. Plaintiffs' counsel conferred with defense counsel about filing this Request to Conditionally Seal Documents. Defense counsel requested that the documents be filed under seal.

6. Plaintiffs request that the documents be file-stamped as of today's date, August 7, 2013.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Request to Conditionally Seal the Opposition to Defendant's Motion to Dismiss the First Amended Complaint, the Declaration of Eric J. Buescher in Support thereof and its attached, and the relief requested herein.

Respectfully Submitted,

Dated:  August 7, 2013			**COTCHETT, PITRE & McCARTHY, LLP**

By: */s/  Eric J. Buescher*
ERIC J. BUESCHER

*Attorneys for Plaintiffs and the Class*

# ORDER

Plaintiffs' Request to Conditionally Seal their Opposition to Defendants' Motion to Dismiss, the Declaration of Eric J. Buescher in support of the same and the document attached as Exhibit 1 to that declaration is GRANTED.

The documents shall be filed conditionally under seal for a period of seven (7) days. If Defendant wishes to have the documents remain under seal, it shall provide to the Court the reasons for doing so pursuant to the paragraph one of the parties stipulated protective order and Local Rules 141 and 141.1

Plaintiffs' Opposition to Defendants' Motion to Dismiss, the Declaration of Eric J. Buescher in support of the same and the document attached as Exhibit 1 to that declaration shall be file-stamped with the date of August 7, 2013.

**IT IS SO ORDERED.**

Dated: **8/9/2013**                    /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       U. S. DISTRICT COURT JUDGE