1  NIALL P. McCARTHY (SBN 160175)
   nmccarthy@cpmlegal.com
2  JUSTIN T. BERGER (SBN 250346)
   jberger@cpmlegal.com
3  ERIC J. BUESCHER (SBN 271323)
   ebuescher@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY, LLP**
   840 Malcolm Road
5  Burlingame, CA 94010
   Telephone:   (650) 697-6000
6  Facsimile:   (650) 692-3606

7  *Attorneys for Plaintiffs and the Class*

8

9

10                    **IN THE UNITED STATES DISTRICT COURT**

11                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

13  | **SHEILA GOODEN**, an individual; and | Case No. 2:11-cv-02595-JAM-DAD |
    | **MICHELLE HALL**, an individual, | |
14  | | |
    | Plaintiffs, | **STIPULATION AND ORDER RE:** |
15  | | **EXPERT DISCLOSURE DEADLINES** |
    | v. | |
16  | | |
    | **SUNTRUST MORTGAGE, INC.**, | |
17  | a Virginia corporation, | |
18  | Defendant. | |

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCLOSURE
DEADLINES;** Case No. 2:11-cv-02595-JAM-DAD

## STIPULATION

Plaintiffs SHEILA GOODEN and MICHELLE HALL, and Defendant SUNTRUST MORTGAGE, INC., by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS by Order dated April 4, 2013 (Docket No. 54), the Court set a deadline of December 18, 2013, for the Parties' exchange of Expert Witness Disclosures, and set a deadline of January 17, 2014, for the Parties' exchange of Supplemental/Rebuttal Expert Disclosures.

WHEREAS on November 15, 2013, the Court heard argument on Plaintiffs' Motion for Class Certification.

WHEREAS the Court took Plaintiffs' Motion for Class Certification under submission.

WHEREAS the Court issued an Order Denying Plaintiffs' Motion for Class Certification which has significantly altered the scope of Plaintiffs' claims in this litigation.

WHEREAS the Parties agree that the scope and necessity of Expert Reports has been altered significantly by the Court's ruling.

NOW, THEREFORE, by and through their counsel of record, the Parties hereby stipulate and agree, subject to Court approval, that the deadline for Expert Witness Disclosures be continued to January 13, 2014, and that the deadline for Supplemental/Rebuttal Expert Disclosures be continued to February 12, 2014.

All other matters shall remain as they have been set by the Court previously.

IT IS SO STIPULATED

Respectfully Submitted,

Dated:  December 13, 2013        **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Eric J. Buescher*
    NIALL P. McCARTHY
    JUSTIN T. BERGER
    ERIC J. BUESCHER

*Attorneys for Plaintiffs and the Class*

Dated:  December 13, 2013        **SEVERSON & WERSON**

By: */s/ Philip Barilovits*
    PHILIP BARILOVITS

*Attorneys for Defendant*

---

**STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCLOSURE DEADLINES;** Case No. 2:11-cv-02595-JAM-DAD                                              1

**ORDER**

Pursuant to the Stipulation of the Parties, for good cause shown, the Court hereby ORDERS that the deadline for Expert Witness Disclosures be continued to January 13, 2014, and that the deadline for Supplemental/Rebuttal Expert Disclosures be continued to February 12, 2014.

All other matters shall remain as they have been set by the Court previously.

IT IS SO ORDERED.

Dated:   12/16/2013                                        /s/ John A. Mendez___     ____
                                                           HON. JOHN A. MENDEZ
                                                           U. S. DISTRICT COURT JUDGE