NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA  94010
Telephone:     (650) 697-6000
Facsimile:       (650) 692-3606

*Attorneys for Plaintiffs and the Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA GOODEN**, an individual; and **MICHELLE HALL**, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**SUNTRUST MORTGAGE, INC.**, a Virginia corporation,<br><br>　　　　　Defendant. | Case No. 2:11-cv-02595-JAM-DAD<br><br>**STIPULATION AND ORDER**<br><br>Courtroom:　6, 14th Floor<br>Judge:　　　Hon. John A. Mendez |

**STIPULATION AND [PROPOSED] ORDER;** Case No. 2:11-cv-02595-JAM-DAD

**STIPULATION**

Plaintiffs SHEILA GOODEN and MICHELLE HALL ("Plaintiffs"), and Defendant SUNTRUST MORTGAGE, INC., ("SunTrust") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS by Order dated August 30, 2012 (Docket No. 38), the Court set deadlines in the Status (Pre-Trial Scheduling) Order;

WHEREAS on November 15, 2013 this Court heard oral argument on Plaintiffs' Motion for Class Certification;

WHEREAS the Court issued an Order Denying Plaintiffs' Motion for Class Certification which has significantly altered the scope of Plaintiffs' claims in this litigation;

WHEREAS on December 13, 2013 the Plaintiffs and SunTrust submitted a Joint Stipulation regarding the Expert Disclosure Deadline to extend that deadline to January 13, 2014;

WHEREAS on December 26, 2013 Plaintiffs filed a Petition pursuant to Federal Rule of Civil Procedure 23(f) in the Ninth Circuit Court of Appeals (Case No. 13-80235);

WHEREAS the Ninth Circuit has yet to rule on Plaintiffs' Petition;

WHEREAS Plaintiffs and SunTrust agree that the scope and claims of the litigation may be significantly altered depending on the Ninth Circuit's decision on Plaintiffs' Federal Rule of Civil Procedure 23(f) Petition;

WHEREAS the Parties are engaged in settlement negotiations;

WHEREAS Plaintiffs and SunTrust agree that a continuance of the immediately upcoming expert disclosure deadlines by fourteen (14) days is appropriate;

NOW, THEREFORE, by and through their counsel of record, the Parties hereby stipulate and agree, subject to Court approval, that the current schedule be amended as follows:

///

| | | |
|---|---|---|
| Expert disclosure deadline | Opening: | March 27, 2014 |
| | Rebuttal: | April 10, 2014 |

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated:  March 12, 2014     **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Justin T. Berger*
         NIALL P. McCARTHY
         JUSTIN T. BERGER
         ERIC J. BUESCHER

*Attorneys for Plaintiffs and the Class*

Dated:  March 12, 2014     **SEVERSON & WERSON**

By: */s/ Philip Barilovits*
         PHILIP BARILOVITS

*Attorneys for Defendant*

## ORDER

Pursuant to the Stipulation of the Parties, for good cause shown, the Court hereby ORDERS that the deadlines be amended accordingly:

| | | |
|---|---|---|
| Expert disclosure deadline | Opening: | March 27, 2014 |
| | Rebuttal: | April 10, 2014 |

**IT IS SO ORDERED**

Dated: 3/12/2014

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge