NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 692-3606

*Attorneys for Plaintiffs and the Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA GOODEN**, an individual; and **MICHELLE HALL**, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>**SUNTRUST MORTGAGE, INC.,** a Virginia corporation,<br><br>        Defendant. | Case No. 2:11-cv-02595-JAM-DAD<br><br>**NOTICE OF TENTATIVE SETTLEMENT; STIPULATION AND [PROPOSED] ORDER** |

**NOTICE AND STIPULATION**

Plaintiffs SHEILA GOODEN and MICHELLE HALL ("Plaintiffs"), and Defendant SUNTRUST MORTGAGE, INC., ("SunTrust") by and through their undersigned counsel, hereby notify the Court that the parties have reached a tentative settlement in principle and that, if a final settlement agreement is reached in the future, the Court will be further notified;

In addition, the parties hereby stipulate that, in order to give the parties time to finalize their settlement and to determine if there are any obstacles to such final settlement, the deadline to file any dispositive motions in this case shall be extended from April 30, 2014 (see Dkt. 114) to May 30, 2014, subject to Court order with any hearings on such motions to be heard by July 9, 2014. All other deadlines in this case will remain as previously ordered.

**IT IS SO STIPULATED.**

//

//

Respectfully Submitted,

Dated: April 24, 2014           **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Justin T. Berger*
       NIALL P. McCARTHY
       JUSTIN T. BERGER
       ERIC J. BUESCHER

*Attorneys for Plaintiffs*

Dated: April 24, 2014           **SEVERSON & WERSON**

By: */s/ Philip Barilovits*
       PHILIP BARILOVITS

*Attorneys for Defendant*

**NOTICE, STIPULATION AND ORDER;** Case No. 2:11-cv-02595-JAM-DAD           1

## **ORDER**

Pursuant to the Stipulation of the Parties, for good cause shown, the Court hereby ORDERS that the deadlines be amended accordingly (all other deadlines in this case will remain as previously ordered.)

>Deadline to File Dispositive Motions: May 30, 2014.
>
>Hearing on Dispositive Motions: July 9, 2014

**IT IS SO ORDERED.**

Dated: <u>April 25, 2014</u>                    <u>/s/ John A. Mendez                    </u>
                                         THE HONORABLE JOHN A. MENDEZ