1  PHILIP BARILOVITS (State Bar No. 199944)
   SEVERSON & WERSON
2  A Professional Corporation
   One Embarcadero Center, Suite 2600
3  San Francisco, California 94111
   Telephone: (415) 398-3344
4  Facsimile: (415) 956-0439

5  *Attorneys for Defendant*

6  NIALL P. McCARTHY (SBN 160175)
   nmccarthy@cpmlegal.com
7  JUSTIN T. BERGER (SBN 250346)
   jberger@cpmlegal.com
8  ERIC J. BUESCHER (SBN 271323)
   ebuescher@cpmlegal.com
9  **COTCHETT, PITRE & McCARTHY, LLP**
   840 Malcolm Road
10 Burlingame, CA 94010
   Telephone:    (650) 697-6000
11 Facsimile:    (650) 692-3606

12 *Attorneys for Plaintiffs and the Class*

13

14

15              **IN THE UNITED STATES DISTRICT COURT**

16            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

17

18 **SHEILA GOODEN**, an individual; and      Case No. 2:11-cv-02595-JAM-DAD
   **MICHELLE HALL**, an individual,

19              Plaintiffs,                    **FURTHER STIPULATION AND ORDER**
                                               **IN LIGHT OF SETTLEMENT**
20        v.                                   **(AS MODIFIED BY THE COURT)**

21 **SUNTRUST MORTGAGE, INC.**,
   a Virginia corporation,

22

23              Defendant.

24

25

26

27

28

## NOTICE AND STIPULATION

Plaintiffs SHEILA GOODEN and MICHELLE HALL ("Plaintiffs"), and Defendant SUNTRUST MORTGAGE, INC., ("SunTrust") have previously notified the Court that the parties have reached a settlement in principle;

The parties are in the final stages of negotiating the settlement and its details.  In order to give the parties further time to finalize their settlement and to determine if there are any obstacles to such final settlement, the deadline to file any dispositive motions in this case shall be extended from May 30, 2014, to June 30, 2014, subject to Court order with any hearings on such motions to be heard by August 20, 2014 at 9:30 a.m.  All other deadlines in this case will remain as previously ordered.

**IT IS SO STIPULATED.**

//

//

Respectfully Submitted,

Dated:  May 28, 2014          **COTCHETT, PITRE & McCARTHY, LLP**


By: */s/ Justin T. Berger*
            NIALL P. McCARTHY
            JUSTIN T. BERGER
            ERIC J. BUESCHER

            *Attorneys for Plaintiffs*

Dated:  May 28, 2014          **SEVERSON & WERSON**


By: */s/ Philip Barilovits*
            PHILIP BARILOVITS

            *Attorneys for Defendant*

1

<u>**ORDER**</u>

2        Pursuant to the Stipulation of the Parties, for good cause shown, the Court hereby

3  ORDERS that the deadlines be amended accordingly (all other deadlines in this case will remain

4  as previously ordered.)

5

6        Deadline to File Dispositive
        Motions: June 30, 2014.

7
        Hearing on Dispositive Motions:
8        August 20, 2014 at 9:30 a.m.

9

10

11

12        **IT IS SO ORDERED. (AS MODIFIED BY THE COURT)**

13

14  Dated:  5/29/2014                        /s/ John A. Mendez_____

15                                        THE HONORABLE JOHN A. MENDEZ

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE, STIPULATION AND [PROPOSED] ORDER