NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone:   (650) 697-6000
Facsimile:    (650) 692-3606

*Attorneys for Plaintiffs and the Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA GOODEN**, an individual; and **MICHELLE HALL**, an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>**SUNTRUST MORTGAGE, INC.**,<br>a Virginia corporation,<br><br>            Defendant. | Case No. 2:11-cv-02595-JAM-DAD<br><br>**STIPULATION AND  ORDER IN LIGHT OF SETTLEMENT** |

**STIPULATION AND [PROPOSED] ORDER IN LIGHT OF SETTLEMENT;**
Case No. 2:11-cv-02595-JAM-DAD

# NOTICE AND STIPULATION

Plaintiffs SHEILA GOODEN and MICHELLE HALL ("Plaintiffs"), and Defendant SUNTRUST MORTGAGE, INC., ("SunTrust") previously notified the Court that the parties have reached a settlement in principle to fully resolve this litigation;

The parties are in the final stages of negotiating the settlement, but require additional time to finalize the agreement and complete the process.  In order to give the parties further time to finalize their settlement, the parties hereby stipulate and respectfully request the Court order as follows:

1. All pending deadlines in this action, including the trial date, shall be vacated;
2. All proceedings in this litigation are stayed for a period of thirty (30) days, up to, and including, July 27, 2014; and,
3. The parties will submit a joint status report to the Court on or before July 25, 2014 with a statement informing the Court that the parties have successfully and completely resolved this matter, requesting a further stay, or proposing a schedule to proceed with the litigation.

A proposed order is submitted herewith.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: June 27, 2014      **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Eric J. Buescher*
　　　ERIC J. BUESCHER

*Attorneys for Plaintiffs*

Dated: June 27, 2014      **SEVERSON & WERSON**

By: */s/ Philip Barilovits*
　　　PHILIP BARILOVITS

*Attorneys for Defendant*

---

**STIPULATION AND [PROPOSED] ORDER IN LIGHT OF SETTLEMENT;**
Case No. 2:11-cv-02595-JAM-DAD                                   1

# ORDER

Pursuant to the Stipulation of the Parties, for good cause shown, the Court hereby ORDERS as follows:

1. All pending deadlines in this action, including the trial date, are hereby vacated;
2. All proceedings in this litigation are hereby stayed for a period of thirty (30) days, up to, and including, July 27, 2014; and,
3. The parties are ordered to submit a joint status report to the Court on or before July 25, 2014 with a statement informing the Court that the parties have successfully and completely resolved this matter, requesting a further stay, or proposing a schedule to proceed with the litigation.

**IT IS SO ORDERED.**

Dated: 7/1/2014                              /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ