NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 692-3606

*Attorneys for Plaintiffs and the Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA GOODEN**, an individual; and **MICHELLE HALL**, an individual,<br><br>         Plaintiffs,<br><br>  v.<br><br>**SUNTRUST MORTGAGE, INC.**, a Virginia corporation,<br><br>         Defendant. | Case No. 2:11-cv-02595-JAM-DAD<br><br>**STIPULATION AND REQUEST AND ORDER IN LIGHT OF SETTLEMENT** |

**STIPULATION AND REQUEST; [PROPOSED] ORDER**
Case No. 2:11-cv-02595-JAM-DAD

## STIPULATION AND REQUEST

Plaintiffs SHEILA GOODEN and MICHELLE HALL ("Plaintiffs"), and Defendant SUNTRUST MORTGAGE, INC., ("SunTrust") have previously notified the Court that the parties have reached a settlement in principle.

On July 2, 2014, the Court entered a stay of this case, asking that the parties, by July 25, 2014, submit a statement informing the Court that the parties have successfully completed settlement, requesting a further stay, or proposed a schedule to proceed with litigation. *See* Dkt. No. 123.

The parties hereby notify the Court that they are still in the final stages of negotiating the settlement and that the only issues remaining are several relating to a deed in lieu of foreclosure for plaintiff Michelle Hall which are being addressed. The parties therefore respectfully stipulate to and respectfully request that the Court enter a 30 day additional stay so that these issues can be addressed.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated:  July 25, 2014          **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Justin T. Berger*
       NIALL P. McCARTHY
       JUSTIN T. BERGER
       ERIC J. BUESCHER

*Attorneys for Plaintiffs*

Dated:  July 25, 2014          **SEVERSON & WERSON**

By: */s/ Philip Barilovits*
       PHILIP BARILOVITS

*Attorneys for Defendant*

I, Philip Barilovits, am the ECF user whose identification and password are being used to file this Stipulation and Request. I hereby attest that Justin T. Berger has concurred in this filing.

/s/ *Philip Barilovits*

STIPULATION AND REQUEST; [PROPOSED] ORDER          1
Case No. 2:11-cv-02595-JAM-DAD

# ORDER

Pursuant to the stipulation and request of the parties, and for good cause shown, the Court hereby extends the stay in this case until August 29, 2014. By August 22, 2014, the parties are to submit a statement informing the Court that the parties have successfully completed settlement, requesting a further stay, or propose a schedule to proceed with litigation.

**IT IS SO ORDERED.**

Dated: 7/25/2014          /s/ John A. Mendez
                          THE HONORABLE JOHN A. MENDEZ