NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 692-3606

*Attorneys for Plaintiffs and the Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA GOODEN**, an individual; and **MICHELLE HALL**, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> **SUNTRUST MORTGAGE, INC.**, a Virginia corporation, <br><br> Defendant. | Case No. 2:11-cv-02595-JAM-DAD <br><br> **STIPULATION AND REQUEST AND ORDER IN LIGHT OF SETTLEMENT** |

**STIPULATION AND REQUEST; [PROPOSED] ORDER;** Case No. 2:11-cv-02595-JAM-DAD

**STIPULATION AND REQUEST**

Plaintiffs SHEILA GOODEN and MICHELLE HALL ("Plaintiffs"), and Defendant SUNTRUST MORTGAGE, INC., ("SunTrust") have previously notified the Court that the parties have reached a settlement in principle.

On July 28, 2014, the Court extended the stay of this case, asking that the parties, by August 22, 2014, submit a statement informing the Court that the parties have successfully completed settlement, requesting a further stay, or proposed a schedule to proceed with litigation. *See* Dkt. No. 123.

The parties hereby notify the Court that they are still in the final stages of negotiating the settlement and that the only issues remaining are several relating to a deed in lieu of foreclosure for plaintiff Michelle Hall which are being addressed, which are still being worked out.  The parties therefore respectfully stipulate to and respectfully request that the Court enter a 14 day additional stay so that these issues can be addressed.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated:  August 22, 2014            **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Eric J. Buescher*
    NIALL P. McCARTHY
    JUSTIN T. BERGER
    ERIC J. BUESCHER

*Attorneys for Plaintiffs*

Dated:  August 22, 2014            **SEVERSON & WERSON**

By: */s/ Philip Barilovits*
    PHILIP BARILOVITS

*Attorneys for Defendant*

I, Philip Barilovits, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order.  I hereby attest that Michael A. Barcott has concurred in this filing.

/s/ Philip Barilovits

**STIPULATION AND REQUEST; [PROPOSED] ORDER;** Case No. 2:11-cv-02595-JAM-DAD                1

# ORDER

Pursuant to the stipulation and request of the parties, and for good cause shown, the Court hereby extends the stay in this case until September 5, 2014.  By August 29, 2014, the parties are to submit a statement informing the Court that the parties have successfully completed settlement, requesting a further stay, or propose a schedule to proceed with litigation.

**IT IS SO ORDERED.**

Dated:  8/22/2014                    /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE