NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone:   (650) 697-6000
Facsimile:    (650) 692-3606

*Attorneys for Plaintiffs and the Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA GOODEN**, an individual; and **MICHELLE HALL**, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> **SUNTRUST MORTGAGE, INC.,** a Virginia corporation, <br><br> Defendant. | Case No. 2:11-cv-02595-JAM-DAD <br><br> **STIPULATION AND REQUEST AND ORDER IN LIGHT OF SETTLEMENT** |

**STIPULATION AND REQUEST; [PROPOSED] ORDER;** Case No. 2:11-cv-02595-JAM-DAD

# STIPULATION AND REQUEST

Plaintiffs SHEILA GOODEN and MICHELLE HALL ("Plaintiffs"), and Defendant SUNTRUST MORTGAGE, INC., ("SunTrust") have previously notified the Court that the parties have reached a settlement in principle.

On August 25, 2014, the Court extended the stay of this case, asking that the parties, by August 29, 2014, submit a statement informing the Court that the parties have successfully completed settlement, requesting a further stay, or proposed a schedule to proceed with litigation. *See* Dkt. No. 127.

The parties hereby notify the Court that they are still in the final stages of negotiating the settlement. The parties assure the Court that substantial progress has been made in finalizing the documents needed to settle this case – with detailed deed in lieu documents having been delivered which are now being considered with the settlement agreement also in the final stages of review. The parties therefore respectfully stipulate to and respectfully request that the Court enter a 14 day additional stay so that these issues can be addressed.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated:  August 29, 2014              **COTCHETT, PITRE & McCARTHY, LLP**

                                     By: */s/ Justin T. Berger*
                                         NIALL P. McCARTHY
                                         JUSTIN T. BERGER
                                         ERIC J. BUESCHER

                                         *Attorneys for Plaintiffs*

Dated:  August 29, 2014              **SEVERSON & WERSON**

                                     By: */s/ Philip Barilovits*
                                         PHILIP BARILOVITS

                                         *Attorneys for Defendant*

## [PROPOSED] ORDER

Pursuant to the stipulation and request of the parties, and for good cause shown, the Court hereby extends the stay in this case until September 19, 2014.  By September 12, 2014, the parties are to submit a statement informing the Court that the parties have successfully completed settlement, requesting a further stay, or propose a schedule to proceed with litigation.

**IT IS SO ORDERED.**

Dated:   9/2/2014                                     /s/ John A. Mendez
                                                                 THE HONORABLE JOHN A. MENDEZ