1  NIALL P. McCARTHY (SBN 160175)
   nmccarthy@cpmlegal.com
2  JUSTIN T. BERGER (SBN 250346)
   jberger@cpmlegal.com
3  ERIC J. BUESCHER (SBN 271323)
   ebuescher@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY, LLP**
   840 Malcolm Road
5  Burlingame, CA 94010
   Telephone:   (650) 697-6000
6  Facsimile:   (650) 692-3606

7  *Attorneys for Plaintiffs and the Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHEILA GOODEN**, an individual; and **MICHELLE HALL**, an individual,<br><br>            Plaintiffs,<br><br>       v.<br><br>**SUNTRUST MORTGAGE, INC.**,<br>a Virginia corporation,<br><br>            Defendant. | Case No. 2:11-cv-02595-JAM-DAD<br><br>**STIPULATION AND REQUEST AND ORDER IN LIGHT OF SETTLEMENT** |

## STIPULATION AND REQUEST

Plaintiffs SHEILA GOODEN and MICHELLE HALL ("Plaintiffs"), and Defendant SUNTRUST MORTGAGE, INC., ("SunTrust") have previously notified the Court that the parties have reached a settlement in principle.

On September 15, 2014, the Court extended the stay of this case, asking that the parties, by September 23, 2014, submit a statement informing the Court that the parties have successfully completed settlement, requesting a further stay, or proposed a schedule to proceed with litigation. *See* Dkt. No. 131.

The parties hereby notify the Court that they are continuing to negotiate to finalize the settlement of this action. The parties are currently in the process of investigating unexpected tax consequences of the tentatively reached agreement to resolve the dispute and continue to make progress toward a finalized settlement to wholly resolve the litigation.

While the parties were hopeful that the settlement would be finalized by September 30, 2014, they are requesting a thirty-day stay of the litigation, up to and including October 30, 2014 to finalize and resolve the litigation. The parties are hopeful that no further requests for extensions of the stay will be necessary.

The parties therefore respectfully stipulate to and respectfully request that the Court enter an additional stay until October 30, 2014.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: September 23, 2014         **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Eric J. Buescher*
    JUSTIN T. BERGER
    ERIC J. BUESCHER

*Attorneys for Plaintiffs*

Dated: September 23, 2014         **SEVERSON & WERSON**

By: */s/ Philip Barilovits*
    PHILIP BARILOVITS

*Attorneys for Defendant*

**ORDER**

Pursuant to the stipulation and request of the parties, and for good cause shown, the Court hereby extends the stay in this case until October 30, 2014.  By October 23, 2014, the parties are to submit a statement informing the Court that the parties have successfully completed settlement, requesting a further stay, or propose a schedule to proceed with litigation.

**IT IS SO ORDERED.**

Dated: 9/24/2014                                       /s/ John A. Mendez
                                                                   THE HONORABLE JOHN A. MENDEZ