NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone:   (650) 697-6000
Facsimile:    (650) 692-3606

*Attorneys for Plaintiffs and the Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA GOODEN**, an individual; and **MICHELLE HALL**, an individual, <br><br>  Plaintiffs, <br><br> v. <br><br> **SUNTRUST MORTGAGE, INC.**, a Virginia corporation, <br><br>  Defendant. | Case No. 2:11-cv-02595-JAM-DAD <br><br> **STIPULATION OF DISMISSAL;** <br><br> **ORDER** |

## STIUPLATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Sheila Gooden and Michelle Hall ("Plaintiffs"), on the one hand, and SunTrust Mortgage, Inc., ("SunTrust") on the other hand, by and through the undersigned counsel of record, hereby stipulate and agree to dismiss Plaintiffs and all of their claims from this action with prejudice.

Each party shall bear their/its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated:  January 16, 2015        **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Eric J. Buescher*
         ERIC J. BUESCHER

*Attorneys for Plaintiffs*

Dated:  January 16, 2015        **SEVERSON & WERSON**

By: */s/ Philip Barilovits*
         PHILIP BARILOVITS

*Attorneys for SunTrust*

### **ORDER**

Upon consideration of the Stipulation to Dismiss Plaintiffs and all of their claims ("Stipulation"), and good cause appearing, IT IS HEREBY ORDERED THAT the Stipulation is hereby GRANTED. Plaintiffs Michelle Hall and Sheila Gooden and all of their claims are hereby dismissed from this action with prejudice.

Each party shall bear their/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 1/20/2015                                           /s/ John A. Mendez_____
                                                                                                                                   Hon. John A. Mendez
                                                                                                                                   United States District Court Judge